UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **James Zarian**<br><br>    Plaintiff,<br><br>    v.<br><br>**Saddleback Associates, Inc.**, a California Corporation; **Nafis International Corporation**, a California Corporation; and Does **1-10**<br><br>    Defendants. | CASE NO.: 8:19-CV-00069 AG (ADSx)<br><br>**ORDER OF DISMISSAL** |

 Based on the Stipulation to Dismiss the Case (Docket No. 24) (the "Stipulation") entered into between Plaintiff, James Zarian ("Plaintiff") and Defendant Saddleback Associates, Inc. and Defendant Nafis International Corporation,

 IT IS HEREBY ORDERED, ADJUDGED AND ACREED that pursuant to the Stipulation of the parties, the case and Complaint are hereby dismissed with prejudice.

Dated: June 18, 2019       _____
              Honorable Judge Andrew J. Guilford